```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ILLINOIS
```

| | |
|---|---|
| DENNIS JACKSON, #N72236, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 10-cv-68-JPG-PMF ) |
| C/O MICHAEL J. SCHNICKER, et al., | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the defendants' appeal (Doc. 53) of Magistrate Judge Frazier's October 27, 2011, order (Doc. 49) denying their motion for an extension of time to file dispositive motions beyond the October 21, 2011, deadline (Doc. 48). The plaintiff has responded to the defendants' appeal (Doc. 54). A district court reviewing a magistrate judge's decision on nondispositive issues should modify or set aside that decision if it is clearly erroneous or contrary to law. See Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A). The Court may also *sua sponte* reconsider any matter determined by a magistrate judge. L.R. 73.1(a); *Schur v. L.A. Weight Loss Ctrs., Inc.*, 577 F.3d 752, 760 (7th Cir. 2009).

Magistrate Judge Frazier found that the plaintiff had shown in connection with an earlier summary judgment motion that there were genuine issues of fact for trial on the plaintiff's excessive force claim. Magistrate Judge Frazier further found that the defendants had been given ample time to prepare and file summary judgment motions before the generous deadline of October 21, 2011. He concluded the defendants had not shown good cause for an extension of the dispositive motion deadline to allow for another summary judgment motion.

The defendants have not shown that Magistrate Judge Frazier's order was clearly erroneous or contrary to law. However, the Court reconsiders the disposition of the defendants' motion *sua sponte* and will allow the defendants additional time to file a summary judgment motion.

For the foregoing reasons, **GRANTS** the defendants' appeal (Doc. 53) of Magistrate Judge Frazier's October 27, 2011, order, **VACATES** that order (Doc. 49) and **GRANTS** the defendants' motion for an extension of time to file dispositive motions beyond the October 21, 2011, deadline (Doc. 48). The defendants shall have up to and including December 2, 2011, to file a dispositive motion.

**DATED: November 18, 2011.**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**United States District Judge**