IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DENNIS JACKSON, #N72236,<br><br>        Plaintiff,<br><br>    vs.<br><br>C/O MICHAEL J. SCHNICKER, *et. al.*,<br><br>        Defendants. | Case No. 10-cv-68-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and jury having rendered a verdict,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Michael Schnicker, Minh Scott, and Ronald Williams and against plaintiff Dennis Jackson.

**NANCY J. ROSENSTENGEL**

**DATED:**    August 8, 2012                             by:s/Deborah Agans, Deputy Clerk

Approved:    s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**